**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| NICHOLAS HUNTER | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-CV-04081-WJE |
| | ) | |
| MYRON WOODSON, and | ) | |
| CITY OF STURGEON, MISSOURI | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Comes now, Plaintiff Nicholas Hunter, by and through undersigned counsel, and respectfully requests this court grant his motion for summary judgment against Defendants Myron Woodson and City of Sturgeon, Missouri.

Respectfully submitted,

*/s/ Eric C. Crinnian*
Eric C. Crinnian, MO 66536
The Crinnian Law Firm, LLC
9212 N. Garfield Ave.,
Kansas City, MO 64155
Tel: (816) 459-0649
eric@crinnian.law
**COUNSEL FOR PLAINTIFF**
**NICHOLAS HUNTER**